# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00090-CR

**Jerrid Damond Brunt, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 65829, THE HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, Jerrid Damond Brunt, pled guilty and judicially confessed to the offense of felony driving while intoxicated, a third-degree felony.[1]  *See* Tex. Penal Code Ann. §§ 49.04(a), 49.09(b)(2) (West 2011).  He entered his plea open to the court without benefit of a plea bargain agreement as to punishment.  After reviewing the pre-sentence investigation report, the trial court found Brunt guilty and assessed his punishment at confinement for ten years in the Texas Department of Criminal Justice.  *See* Tex. Penal Code Ann. § 12.34 (West 2011).

Brunt's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 744 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced.  *See also Penson v. Ohio*,

---

[1]  We note that Brunt simultaneously pled guilty to aggravated assault with a deadly weapon, a first-degree felony as indicted, arising out of the same incident.  Brunt is not appealing that case.

488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Brunt received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a *pro se* brief. *See Anders*, 386 U.S. at 744. No *pro se* brief or other written response has been filed.

We have reviewed the record, including appellate counsel's brief, and find no reversible error. *See Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the appeal is frivolous. Counsel's motion to withdraw is granted.

The judgment of the trial court is affirmed.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Affirmed

Filed:   November 8, 2011

Do Not Publish